IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-161

| | |
|---|---|
| **EDMOND DEMARCELLUS, Individually,** | ) |
| **CLAIRE DEMARCELLUS PARIS,** | ) |
| **Individually, and ADDCO MANUFACTURING** | ) |
| **COMPANY, a North Carolina Corporation,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **ROLAND DEMARCELLUS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the Court on Frank C. Wilson, III's Application for Admission to Practice *Pro Hac Vice* of Keith H. Park. It appearing that Keith H. Park is a member in good standing with the Florida State Bar and will be appearing with Frank C. Wilson, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Frank C. Wilson, III's Application for Admission to Practice *Pro Hac Vice* (#10) of Keith H. Park is **GRANTED**, and

that Keith H. Park is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Frank C. Wilson, III.

Signed: August 20, 2013

Dennis L. Howell
United States Magistrate Judge